UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YEVGENIY SAMSONOV,

          Plaintiff,

          v.

CORPORATE CASEWORK,

          Defendant.

CASE NO. C09-5607RBL

ORDER ON NOTICE OF INTENT TO DISMISS COMPLAINT AGAINST DEFENDANT

      The Complaint in this cause was filed on October 14, 2009. To date there has been no proof filed that the individual defendant has been served pursuant to FRCP 4(m). Plaintiff has also failed to otherwise prosecute this action against the above-named defendant. It is hereby

      **ORDERED** that this Complaint may be dismissed without further notice to plaintiff, against the defendant on September 16, 2010, unless proof of service is filed and/or the plaintiff shows good cause, in writing, for failure to effect such service upon the above-named defendant before that date.

      DATED this 30th day of August, 2010.

                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

Order of Intent to Dismiss - 1